### 46685. PARRISH v. THE STATE.

QUILLIAN, Judge. The appellant was convicted of burglary. He filed an appeal and the case is here for review. *Held:*

1. The appellant contends it was error to fail to grant his motion for a continuance on the ground of the absence of a material witness. The record shows: that the appellant was represented by counsel for several weeks prior to trial; that the appellant failed to inform his counsel that the presence of the witness was necessary and material to his defense; that no subpoena was issued for the witness by the appellant or his attorney. The denial of the motion for a continuance was not error. *Code* § 27-415; *Coker v. State*, 87 Ga. App. 411 (1) (74 SE2d 12).
2. The remaining enumerations of error are without merit.
   *Judgment affirmed. Jordan, P. J., and Evans, J., concur.*
SUBMITTED NOVEMBER 2, 1971—DECIDED NOVEMBER 22, 1971.

*D. L. Lomenick, Jr.,* for appellant.
*Earl B. Self, District Attorney, Ralph Hill, Jr.,* for appellee.